September 27, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

**LNR PARTNERS, LLC; LNR TEXAS PARTNERS, LLC AND LBUBS 2002-C2 WEST BROADWAY, LLC, Appellants**

NO. 14-12-00405-CV                    V.

**PEARLAND WESTSIDE ASSOCIATES LIMITED, Appellee**

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on April 19, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, LNR Partners, LLC; LNR Texas Partners, LLC and LBUBS 2002-C2 West Broadway, LLC.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.